UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GEBREMEDHIN EFREM HULUF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-196 |
| | § | |
| JUDGE STEVENS CHUA *et al.* | § | |

## ORDER

Before the Court is Petitioner Gebremedhin Efrem Huluf's letter, requesting permission to proceed *in forma pauperis*. (Dkt. No. 2).

Pursuant to 28 U.S.C. § 1915, a claimant wishing to proceed *in forma pauperis* must submit "an affidavit that includes a statement of all assets such [claimant] possesses." 28 U.S.C. § 1915(a)(1). The decision whether to grant an application to proceed *in forma pauperis* falls within the sound discretion of the Court. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988); *see* 28 U.S.C. 1915(a)(1). When a court determines whether to grant *in forma pauperis* status, it should not consider the substance of the complaint. *See Eason v. Holt*, 73 F.3d 600, 602 n.10 (5th Cir. 1996). Rather, a court should examine the applicant's financial records and determine whether the applicant would suffer "undue financial hardship" if they were required to pay the filing fee. *Prows*, 842 F.2d at 140.

Here, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging the delayed execution of his order of removal. (Dkt. No. 1 at 4). Petitioner requests to proceed *in forma* pauperis and avoid the $5 filing fee as he is in detention and "do[es] not have access to money to cover this fee." (Dkt. No. 2 at 1).

1

Based on his statement alone, the Court is unable to determine whether the filing fee would cause Petitioner undue financial hardship as Petitioner does not include sufficient information regarding his financial situation.

Accordingly, the Court **ORDERS** Petitioner to supplement his request to proceed *in forma pauperis* by completing and returning the attached Southern District of Texas' *in forma pauperis* form by **March 6, 2026**. **Failure to comply with this Court's Order may result in the denial of Petitioner's request to proceed *in forma pauperis.***

The Clerk of Court is **DIRECTED** to send a copy of this Order via certified mail to Pro Se Petitioner at the address on file.

IT IS SO **ORDERED**.

**SIGNED** on this 17th day of February, 2026.

_____
Christopher dos Santos
United States Magistrate Judge

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff/Petitioner* ) | |
| v. ) | Civil Action No. |
| _____ ) | |
| *Defendant/Respondent* ) | |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:



My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)*  _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ❒ Yes     ❒ No
(b) Rent payments, interest, or dividends              ❒ Yes     ❒ No
(c) Pension, annuity, or life insurance payments       ❒ Yes     ❒ No
(d) Disability, or worker's compensation payments      ❒ Yes     ❒ No
(e) Gifts, or inheritances                             ❒ Yes     ❒ No
(f) Any other sources                                  ❒ Yes     ❒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

      4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ .

      5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

      6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

      7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

      8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

      *Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

                                                                             *Applicant's signature*

                                                                                 *Printed name*