United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GEBREMEDHIN EFREM HULUF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-196 |
| | § | |
| JUDGE STEVENS CHUA *et al.* | § | |

## ORDER

The Court referred Petitioner's Motion to Proceed *in Forma Pauperis* ("IFP") to Magistrate Judge Christopher dos Santos (Dkt. No. 5). In his report and recommendation, Judge dos Santos recommends Petitioner's letter motion and subsequent IFP application be denied as moot since Petitioner has remitted the filing fee (*see* Dkt. No. 12 at 2).

Having reviewed the Report and finding no plain error, the Court hereby **ADOPTS** the Report (Dkt. No. 12) as the findings and conclusions of the Court. Accordingly, Petitioner's motions to proceed IFP (Dkt. Nos. 2, 10) are **DENIED AS MOOT**.

It is so **ORDERED**.

**SIGNED** April 9, 2026.

Marina Garcia Marmolejo
United States District Judge

1